UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MAERSK LINE A/S,

                Plaintiff,

   -against-                                ORDER

CLOSETMAID LLC,                       21 Civ. 3365 (GBD)

                Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    This Court will hold a status conference in the above-captioned proceeding on July 26, 2022 at 10:00 a.m.

Dated: June 21, 2022                      SO ORDERED.
       New York, New York

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE