UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MAERSK LINE A/S,

               Plaintiff,

    -against-                             ORDER

CLOSETMAID LLC,                   21 Civ. 3365 (GBD)

               Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      The status conference scheduled for July 26, 2022 is adjourned to November 9, 2022 at 10:00 a.m.

Dated: July 21, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge