UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MAERSK LINE A/S,

                Plaintiff,

   -against-                                 ORDER

CLOSETMAID LLC,                      21 Civ. 3365 (GBD)

                Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: August 15, 2022
       New York, New York

                                             SO ORDERED.

                                             *George B. Daniels*
                                             GEORGE B. DANIELS
                                             UNITED STATES DISTRICT JUDGE